B1 (Official Form 1) (04/13)

| **UNITED STATES BANKRUPTCY COURT** _____ District of _____ | **VOLUNTARY PETITION** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): ZIP CODE | Street Address of Joint Debtor (No. and Street, City, and State): ZIP CODE |
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP CODE | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): ZIP CODE | |

| **Type of Debtor** (Form of Organization) (Check **one** box.) | **Nature of Business** (Check **one** box.) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.* ☐ Corporation (includes LLC and LLP) ☐ Partnership ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B) ☐ Railroad ☐ Stockbroker ☐ Commodity Broker ☐ Clearing Bank ☐ Other | ☐ Chapter 7 ☐ Chapter 15 Petition for ☐ Chapter 9    Recognition of a Foreign ☐ Chapter 11    Main Proceeding ☐ Chapter 12 ☐ Chapter 15 Petition for ☐ Chapter 13    Recognition of a Foreign    Nonmain Proceeding |

| **Chapter 15 Debtors** Country of debtor's center of main interests: Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity** (Check box, if applicable.) ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts** (Check **one** box.) ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." ☐ Debts are primarily business debts. |
|---|---|---|

| **Filing Fee** (Check one box.) | **Chapter 11 Debtors** |
|---|---|
| ☐ Full Filing Fee attached. ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A. ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box: ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D). Check if: ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*). - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - Check all applicable boxes: ☐ A plan is being filed with this petition. ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | **THIS SPACE IS FOR COURT USE ONLY** |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors. ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td>

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐   Exhibit A is attached and made a part of this petition.

</td>
<td>

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
    Signature of Attorney for Debtor(s)        (Date)

</td>
</tr>
</table>

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☐   No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☐   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)

Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | |

<b>Signatures</b>

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
   Telephone Number (if not represented by attorney)

_____
   Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of title 11, United States Code.
    Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the
    chapter of title 11 specified in this petition. A certified copy of the
    order granting recognition of the foreign main proceeding is attached.

X _____
   (Signature of Foreign Representative)

_____
   (Printed Name of Foreign Representative)

_____
   Date

**Signature of Attorney***

X _____
   Signature of Attorney for Debtor(s)

_____
   Printed Name of Attorney for Debtor(s)

_____
   Firm Name

_____
_____
   Address

_____
   Telephone Number

_____
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Authorized Individual

_____
   Printed Name of Authorized Individual

_____
   Title of Authorized Individual

_____
   Date

## CERTIFICATE OF CORPORATE RESOLUTION

## DINASO & SONS BUILDING SUPPLY COMPANY, INC.

### 7 May 2014

I, John DiNaso, President, and Corporate Secretary of DiNaso & Sons Building Supply Company, Inc., a New Jersey corporation (the "Corporation"), do hereby certify that: (a) I am the duly elected, qualified and acting President and Corporate Secretary of the Corporation; (b) the following resolutions were duly adopted by Unanimous Written Consent of the Board of Directors of the Corporation in lieu of a Meeting on 7 May 2014 in accordance with the requirements of applicable law; and (c) said resolutions have not been amended, modified or rescinded and are in full force and effect as of the date hereof:

**WHEREAS**, the Board of Directors of the Corporation has evaluated the Corporation's alternatives in connection with a possible restructuring and has determined that the filing of a voluntary petition for relief under chapter 11 of title 11 of the United States Code by the Corporation is in the best interest of the Corporation and its stakeholders;

**RESOLVED**, that the Corporation shall be, and it hereby is, authorized to file a voluntary petition (the "Petition") for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") for the Corporation, in the United States Bankruptcy Court for the Eastern District of New York, or such other court as the appropriate officer or officers of the Corporation shall determine to be appropriate (the "Bankruptcy Court"). The Corporation is further authorized to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing and the performance of such acts to constitute conclusive evidence of the reasonableness, advisability, expedience, convenience, appropriateness, or necessity thereof;

**FURTHER RESOLVED**, that the Chief Executive Officer/President (the "Designated Officer"), shall be, hereby is, authorized, directed and empowered on behalf of, and in the name of, the Corporation to: (a) execute, acknowledge, deliver and verify the Petition and all other ancillary documents, and cause the Petition to be filed with the Bankruptcy Court and make, or cause to be made, prior to execution thereof, any modifications to the Petition or ancillary documents as any such Designated Officer, in such officer's discretion, deems necessary or desirable to carry out the intent and accomplish the purposes of these resolutions; (b) execute, acknowledge, deliver, verify and file or cause to be filed all petitions, schedules, statements, lists, motions, applications and other papers or documents necessary or desirable in connection with the foregoing; and (c) execute, acknowledge, deliver and verify any and all other documents necessary or appropriate in connection therewith or to administer the Corporation's chapter 11 cases in such form or forms as any such Designated Officer may approve; and the actions of the Designated Officer taken pursuant to this resolution, including, the execution, acknowledgment,

delivery and verification of the Petition and all ancillary documents and all other agreements, certificates, instruments, guaranties, notices and other documents, shall be conclusive evidence of such Designated Officer's approval and the necessity or desirability thereof;

**FURTHER RESOLVED**, that the Designated Officer shall be, and hereby is, authorized, directed, and empowered to retain, on behalf of, and in the name of the Corporation, Rash & Bakshi, Attorneys at Law, and such additional professionals, including attorneys, accountants, financial advisors, investment bankers, actuaries, consultants or brokers, in each case as in such Designated Officer's judgment may be necessary or desirable in connection with the Corporation's chapter 11 case and other related matters, on such terms as such officer or officers shall approve and such Designated Officer's retention thereof shall constitute conclusive evidence of such officer's approval and the necessity or desirability thereof;

**FURTHER RESOLVED**, that the law firm of Rash & Bakshi, and any additional co-counsel or special, or local counsel selected by a Designated Officer, if any, shall be, and hereby are, authorized, empowered and directed to represent the Corporation, as debtor and debtor in possession, in connection with any chapter 11 case commenced by or against it under the Bankruptcy Code;

**FURTHER RESOLVED**, that the Corporation, as debtor and debtor in possession under chapter 11 of the Bankruptcy Code, shall be, and hereby is, authorized to: (a) enter into a new debtor in possession financing facility of up to four million dollars ($4,000,000.00) with such Lender as the Designated Officer may deem appropriate, and various other lenders and any associated documents and consummate the transactions contemplated therein (collectively, the "Financing Transactions"), on the terms as the Designated Officer may be reasonably necessary or appropriate for the continuing conduct of the affairs of the Corporation; and, (b) pay related fees and grant security interests in and liens upon some, all or substantially all of the Corporation's assets in each case as may be deemed necessary or desirable by the Designated Officer in connection with the Financing Transactions;

**FURTHER RESOLVED**, that: (a) the Designated Officer shall be, and hereby is, authorized, directed and empowered in the name of, and on behalf of, the Corporation, as debtor and debtor in possession, to take such actions and execute, acknowledge, deliver and verify such agreements, certificates, instruments, guaranties, notices and any and all other documents as the Designated Officer may deem necessary or appropriate to facilitate the Financing Transactions (collectively, the "Financing Documents"); (b) Financing Documents containing such provisions, terms, conditions, covenants, warranties and representations as may be deemed necessary or desirable by the Designated Officer are approved; and (c) the actions of the Designated Officer taken pursuant to this resolution, including the execution, acknowledgement, delivery and verification of all agreements, certificates, instruments, guaranties, notices and other documents, shall be conclusive evidence of such Designated Officer and the Corporation's approval and the necessity or desirability thereof;

**FURTHER RESOLVED**, that, in addition to the specific authorizations heretofore conferred upon the Designated Officer, the Designated Officer and any of his designees, shall be, and each of them, acting alone, hereby is, authorized, directed and empowered, in the name of, and on behalf of, the Corporation, to take or cause to be taken any and all such further actions, to execute, acknowledge, deliver and verify any and all such agreements, certificates, instruments, amendments and other documents and to pay all expenses, including filing fees, in each case as in such officer's or officers' judgment shall be necessary or desirable in order fully to carry out the intent and accomplish the purposes of the resolutions adopted herein;

**FURTHER RESOLVED**, that all acts heretofore lawfully done or actions heretofore lawfully taken or to be taken by any officer or officers of the Corporation in connection with the purpose, intent or implementation of these resolutions in all respects are hereby ratified, confirmed and approved; and

**FURTHER RESOLVED**, that the Designated Officer is hereby authorized to certify and deliver, to any person to whom such certification and delivery may be deemed necessary or appropriate in the opinion of such Designated Officer, a true copy of the foregoing resolutions.

*[Signature Pages Follow]*

In WITNESS WHEREOF, the undersigned has caused this certificate to be executed as of this 7th day of May 2014.

/s/ John Dinaso
Chief Executive Officer, President and
Corporate Secretary of
DiNaso & Sons Building Supply Company, Inc.

B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

Eastern        District of  New York

In re  DiNaso & Sons Building Supply Company,                         Case No:_____
                Debtor

                                                                     Chapter  11_____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

        Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | DiNaso & Sons Building Supply Company, Inc. | | | |
|---|---|---|---|---|
| | List of Creditors Holding 20 Largest Unsecured Claims | | | |
| NAME OF CREDITOR | NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | C U D S | AMOUNT OF CLAIM (IF SECURED ALSO STATE VALUE OF SECURITY) |
| Sherwood Lumber Company | Sherwood Lumber Company<br>ATTN: Accounts Receivable<br>300 Corporate Plaza<br>Islandia, NY  11749<br>Tel: 800-645-6226<br>Fax: 631-232-1976<br>Email: info@sherwoodlumber.com | Trade Debt | | 837,301 |
| New Jersey Department of Treasury | New Jersey Division of Taxation<br>ATTN: Bankruptcy Section<br>PO Box 245<br>Trenton, NJ 08095-0245<br>Tel: 602-292-6800<br>Fax: N/A<br>Email: N/A | Sales Tax | | 470,000 |
| UFP Berlin, LLC | UFT Berlin, LLC<br>ATTN: Accounts Receivable<br>159 Jackson Road<br>Berlin, NJ 08089<br>Tel: 866-646-4802<br>Fax: N/A<br>Email: N/A | Trade Debt | | 451,271 |
| Continental Building Products, LLC | Continental Building Products, LLC<br>ATTN: N/A<br>12018 Sunrise Valley Drive, Suite 500<br>Reston, VA  20194<br>Tel: 800-237-5505<br>Fax: N/A<br>Email: N/A | Trade Debt | | 495,761 |
| Owens Corning | Owens Corning<br>ATTN: N/A<br>PO Box 417324<br>Boston, MA 02241<br>Tel: 800-438-7485<br>Fax: N/A<br>Email: N/A | Trade Debt | | 252,153 |
| Getzler Henrich & Associates | Getzler Henrich & Associates<br>ATTN: Accounts Receivable<br>295 Madison Avenue, 20th Floor<br>New York, NY 10017<br>Tel: 212-697-2400<br>Fax: 212-697-4812<br>Email: ghny@getzlerhenrich.com | Consulting | | 162,341 |
| Mid-State Lumber Corp | Mid-State Lumber Corp<br>ATTN: N/A<br>200 Industrial Parkway.<br>Branchburg, NJ  08876<br>Tel: 908-725-4900<br><br>Email: N/A | Trade Debt | | 109,425 |

| | | | | |
|---|---|---|---|---|
| BlueLinx Corp | BlueLinx Corp<br>ATTN: N/A<br>PO Box 642265<br>Pittsburg, PA 15264<br>Tel: 800-839-2588<br>Fax: N/A<br>Email: N/A | Trade Debt | | 108,250 |
| Atlas Roofing Corporation | Atlas Roofing Corporation<br>ATTN: N/A<br>2000 River Edge Parkway, Suite 80<br>Atlanta, GA 30328<br>Tel:  800-388-6134<br>Fax:  770-952-3170<br>Email: N/A | Trade Debt | | 84,382 |
| Swanson Group Sales Co. | Swanson Group Sales Co.<br>ATTN: Unit 2<br>Portland, OR  97708<br>Tel: 541-773-6933<br>Fax: N/A<br>Email: N/A | Trade Debt | | 38,107 |
| American Express | American Express<br>ATTN: N/A<br>PO Box 1270<br>Newark, NJ  07101<br>Tel:  800-528-2122<br>Fax:  N/A<br>Email: N/A | Trade Debt | | 37,475 |
| Culpeper Wood Preservers | Culpeper Wood Preservers<br>ATTN: N/A<br>PO Box 79348<br>Baltimore, MD 21279<br>Tel: 540-825-5200<br>Fax: N/A<br>Email: N/A | Trade Debt | | 35,333 |
| OGE Building Material | O G E  B u i l d i n g  M a t e r i a l<br>ATTN: N/A<br>395 County Road 34<br>Matawan, NJ 07105<br>Tel: 732-667-3636<br>Fax: N/A<br>Email: N/A | Trade Debt | | 34,862 |
| MBA Building Supplies | MBA Building Supplies<br>ATTN: N/A<br>2200 Temple Drive<br>Libertyville, IL 60048<br>Tel: 847-660-7773<br>Fax: N/A<br>Email: N/A | Trade Debt | | 33,595 |
| Fin Pan, Inc. | Fin Pan, Inc.<br>ATTN: N/A<br>3255 Symmes Road<br>Hamilton, OH 45012<br>Tel: 513-870-9700<br>Fax: 513-870-9606<br>Email: N/A | Trade Debt | | 19,458 |
| Crane Plastics Siding, LLC | Crane Plastics Siding, LLC<br>ATTN: N/A<br>25545 Network Place<br>Chicago, IL 60673<br>Tel: 800-526-4236<br>Fax: N/A<br>Email: N/A | Trade Debt | | 18,919 |
| H. M. Stauffer & Sons | H. M. Stauffer & Sons<br>ATTN: N/A<br>33 Glendale Drive<br>Leola, PA 17540<br>Tel: 717-656-2611<br>Fax: N/A<br>Email: N/A | Trade Debt | | 18,479 |
| Supreme Skylights, Inc. | Supreme Skylights, Inc.<br>ATTN: N/A<br>2069 Ninth Avenue<br>Ronkoakoma, NY 11779<br>Tel: 631-738-0324<br>Fax: N/A<br>Email: N/A | Trade Debt | | 17,986 |
| Grabber Construction | Grabber Construction<br>ATTN: Dept 2021<br>PO Box 29678<br>Phoenix, AZ 85038<br>Tel: 800-662-1144<br>Fax: N/A<br>Email: N/A | Trade Debt | | 15,575 |
| Super Stud Building Products, Inc. | Super Stud Building Products, Inc.<br>ATTN: NA<br>2960 Woodbridge avenue<br>Edison, NJ 08837<br>Tel: 732-662-6200<br>Fax: 732-548-6043<br>Email: N/A | Trade Debt | | 10,395 |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------ X
                      :

In re                           :

                      :        Chapter 11

DiNaso & Sons Building Supply Company, Inc.  :

                      :        Case No. 14-_____

      Debtor.               :

                      :
------------------------------------------------------------X


# DECLARATION REGARDING LIST OF CREDITORS
# HOLDING  THE 20 LARGEST UNSECURED CLAIMS

      I, John DiNaso, President and Chief Executive Officer of the above-captioned Debtor, declare under penalty of perjury, that I have reviewed the foregoing " List of Creditors Holding 20 Largest Unsecured Claims" and that it is true and correct to the best of my knowledge, information and belief.


Date: 7 May 2014           Signature: /s/ JohnDiNaso_____
                                      President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- X
                                                               :
In re                                                          :
                                                               :         Chapter 11
DiNaso & Sons Building Supply Company, Inc.                    :
                                                               :         Case No. 14-_____
          Debtor.                                              :
                                                               :
-------------------------------------------------------------- X


### LIST OF EQUITY SECURITY
### HOLDERS


John DiNaso
520 Industrial Loop
Staten Island, New York
10309 (70% Equity Interest)


William Epp
133 Ocean Avenue
Lakewood, New Jersey 08201
(30% Equity Interest)

No corporation owns an equity interest in the Debtor.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------ X
                                                            :
In re                                                       :
                                                            :        Chapter 11
DiNaso & Sons Building Supply Company, Inc.                 :
                                                            :        Case No. 14-_____
         Debtor.                                            :
                                                            :
------------------------------------------------------------X

# DECLARATION REGARDING LIST OF
# EQUITY SECURITY HOLDERS

        I, John DiNaso, President and Chief Executive Officer of John DiNaso &

Sons, Inc., the Debtor in this case, declare under penalty of perjury, that I have

reviewed the foregoing "List of Equity Security Holders" and that it is true and

correct to the best of my knowledge, information and belief.


        Date: 7 May 2014         Signature: /s/ John DiNaso_____ ___
                                                President


*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or
imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.