LINDABURY, McCORMICK, ESTABROOK & COOPER, P.C.
26 Broadway
Suite 2300
New York, NY 10004
(212) 742-3390
-and-

53 Cardinal Drive
P.O. Box 2369
Westfield, New Jersey 07091
(908) 233-6800
Attorneys for Key Agency Inc., Real Estate Broker

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In Re: | Case No. 14-42298-cec |
| DINASO & SONS BUILDING SUPPLY CO., INC., | Chapter 7 |
| Debtor. | |

**Declaration of Ronald Raimondo in Support of Request for Final Compensation to Key Agency Inc. pursuant to 11 U.S.C. § 330 as Real Estate Broker for the Trustee**

Ronald Raimondo, does hereby declare under penalty of perjury as follows:

1.      I am the broker/owner of Key Agency Inc., a real estate brokerage licensed in the State of New Jersey with offices at 1356 Highway 36, Hazlet, New Jersey 07730.

2.      On September 9, 2014, Key Agency Inc. entered into a brokerage agreement with the Trustee to market and sell real property owned by the estate located at 133 Ocean Avenue, Lakewood, New Jersey (the "Property"). A copy of the brokerage agreement is annexed hereto as Exhibit A.

3.      On September 24, 2014, this Court entered an order approving Key Agency Inc.'s retention by the Trustee to market and assist the Trustee in selling the Property. A copy of the Order Authorizing Retention of Real Estate Broker is annexed hereto as Exhibit B.

4.    The Order provided that Key Agency Inc. would be entitled to a brokerage commission of three percent (3%) of the gross sale price and reimbursement of marketing expenses up to $4,000 from the sales price, with said commission and reimbursement of expenses to be paid upon the closing of the Property.

5.    In accordance with the brokerage agreement with the Trustee, Key Agency Inc. engaged in a significant and sustained marketing campaign for the Property including the following:

a.    Advertised the Property on the Multiple Listing Service (MLS), with Internet Data Exchange to all multiple listings throughout the United States.

b.    Listed the Property on Realtor.com.

c.    Marketed the Property on Loopnet.com, Co-star.com, and  Showcase.com,    all well-known internet based commercial property listing services.

d.    Caused street signs to be placed in the surrounding community to advertise the Property as for sale.

e.    Engaged in an e-mail campaign to raise awareness and advertise the Property to some 3500 real estate agents and brokers.

f.    Ran advertisements for the Property in print media.

g.    Advertised the Property using the Pro-Fax service to over 10,000 recipients in the targeted industry (lumber yards).

h.    Profiled the Property on Professional Networking meetings of real estate brokers and purchasers of commercial property.

2558150v

6.    As a result of Key Agency Inc.'s efforts, the Property received 80 inquiries and was shown to 49 potential buyers. As a result of these efforts, multiple offers were made to purchase the Property. Annexed hereto as Exhibit C is a list of the 49 showings conducted by and/or through Key Agency Inc.

7.    Since there were multiple bids, the Trustee approved sale procedures to auction the Property at his office. At the auction, a silent phone bidder (identity not provided to Key Agency Inc.) was determined by the Trustee to be the highest qualified bidder from the auction.

8.    The highest/winning bid was $2 million.

9.    Annexed hereto as Exhibit D are copies of the receipts for expenses incurred in connection with the sale of the Property by Key Agency Inc. Key Agency Inc.'s total expenses were $3,192.00.

10.    The brokerage agreement with the Trustee provides in Paragraph 4: "If before the Expiration Date a contract for the sale or exchange of the property is executed, regardless of who brought about such sale of exchange (including the Owners), the Owners shall pay a commission of 4% of the sale price to the Listing Realtor. The commission shall be due and payable upon closing of title…" The parties subsequently amended, through the Court approval process, only the percentage of commission due to Key Agency Inc.: four percent (4%) became three percent (3%).

11.    Key Agency Inc. reasonably relied on the brokerage agreement and, through Key Agency Inc.'s efforts, the Property received multiple bids directly resulting in the auction sale procedure.

2558150v

WHEREFORE, Key Agency Inc. hereby requests that this Court approve payment to it in the amount of $63,192.00 consisting of three percent (3%) of the gross sales price, or $60,000.00 plus $3,192.00 in reimbursement of expenses incurred along with such other and further relief as is just and proper.

KEY AGENCY INC.

Ronald Raimondo, Broker/Owner

Dated: Hazlet, New Jersey
         February 6, 2015

4

2558150v1

# EXHIBIT A

**MONMOUTH OCEAN MULTIPLE LISTING SERVICE**

**MLS®** STATS®

**EXCLUSIVE RIGHT TO SELL AGREEMENT OR EXCLUSIVE RIGHT TO RENT/LEASE AGREEMENT**   **MLS**

PROPERTY ADDRESS _133 OCEAN AVE_
MAILING ADDRESS (IF DIFFERENT) _____    TWP OR BORO _LAKEWOOD NJ_
OWNER(S) _GREGORY MESSER AS TRUSTEE_    COMPLEX/SUB-DIVISION _____
OWNER'S ADDRESS _____    HOME PHONE _____
LISTING AGENCY _KEY AGENCY_    LISTING AGENT _RONALD RAIMON_ PHONE _732-988164_    ALT PHONE _____

In consideration of the services to be performed by the listing REALTOR® (the "Listing Realtor"), the Owners (meaning one or more owners) hereby grant the Listing REALTOR® the sole and exclusive irrevocable right to sell the real estate and/or business located at _133 OCEAN AVE LAKEWOOD NJ_
at a price of $ _2.3 Million_ or to lease the property at a monthly rental rate of $ _____
                    (Property Address)

The Owners agree to assist and fully cooperate in the sale or lease of the property, including granting the listing REALTOR® the exclusive right to place his or her sign on the property, advertise the property (including, without limitation, placing the property on internet sites [the "Internet"], including proprietary sites owned by third parties). The Owners represent that this property is not listed in any manner with any other broker.

1. The right to sell, lease/rent, shall begin on the _____ day of _Sept_ 20_14_ and shall expire on the _30_ day of _January_ 20_15_ (the "Expiration Date"). Such period is called the "Term") of this agreement.

2. The Listing REALTOR® agrees to exert his/her best efforts to obtain a buyer or lessee for the property and agrees to register the same with all Participants of the Multiple Listing Service, in accordance with its Rules and Regulations.

3. All persons signing this agreement as Owners represent that they are either owners or authorized by the Owners to sign this agreement, and that they have the legal right to sell, lease, or exchange the property and that they can and will convey good and marketable title to the property. Owners acknowledge receipt of the Summary of the NJ Law Against Discrimination, as printed on the reverse side of this agreement.

4. If before the Expiration Date a contract for the sale of the property is executed, regardless of who brought about such sale or exchange (including the Owners), the Owners shall pay a commission of _4%_ of the sale price to the Listing Realtor®. The commission shall be due and payable upon closing of title. In the event of an exchange, the listing price shall be considered the sale price.

5. If before the Expiration Date, the property is leased, regardless of who brought about such lease (including the Owners), the Owners shall pay a commission of (choose one): ____% of the total rent payable during the term of the lease; or ____ month('s) rent. The commission shall be payable (check one) ¤ upon execution of the lease; ¤ in equal monthly installments over the term of the lease. If the tenancy continues beyond the initial term, the Owners shall pay a commission on all renewals or extensions, pursuant to the provisions of the preceding sentences. If during the term of the lease or any extension or renewal thereof, the tenant purchases the property a commission of ____% of the sale price shall be paid by the Owner to the Listing Realtor® upon closing of title.

6. If a lease or a contract for the sale or exchange of the property is executed within a period of ____ days after the Expiration Date or any extension thereof (the "protection period") to a prospective buyer or lessee that was introduced to the property during the Term of this agreement, the Owners shall pay to the Listing Realtor® a commission as above described, irrespective of when the closing date or commencement date of the lease occurs. However, the Owners shall not be obligated to pay such commission if (a) a bona-fide listing agreement is entered into during the protection period with another licensed real estate broker, and a sale, lease or exchange of the property is made during the protection period; and (b) as of the Expiration Date there is no executed lease or contract of sale then pending.

7. The Owners agree to indemnify and hold harmless the REALTORS® from any claim arising out of personal injuries to a tenant or other persons injured in or on the property.

8. The Owners (check one) ¤ agree to permit    ¤ do not agree to permit a lock box to be placed upon the property by the Listing REALTOR®
The Owners (check one) ¤ agree to permit    ¤ do not agree to permit the street address of the property to be placed on the Internet.

9. In the event the property is sold in cooperation with another member of the Multiple Listing Service and a commission is paid, the Listing REALTOR® will retain _½_ of the commission. Listing REALTOR® offers the following commissions to: Seller's Agents (subagents): _____ ; Buyer's Agent: _½_; Transaction Broker: _½_

10. In the event the property is leased in cooperation with another member of the Multiple Listing Service, the Listing REALTOR® will retain _N/A_ of the rental amount as his/her part of the commission. Listing REALTOR® offers the following lease commission to: Seller's Agents (subagents): _____ of the Tenant's Agent: _____ ; Transaction Broker: _____

11. Owners and Listing REALTOR® understand that if a buyer has been obtained by a Buyer's Agent who has a written Buyer's Agent contract with that Buyer, in such a case the Buyer's Agent is representing the Buyer and has no fiduciary responsibility to the Owners or the Listing REALTOR®, regardless of whether the Buyer's Agent participates in the brokerage fee.

12. The Owners agree and acknowledge that the dollar amount of the commission shall be a lien (a legal claim) on the purchase money proceeds derived from sale of the property. The Owners, by executing this agreement, authorize and direct the party disbursing the closing proceeds to pay to the broker/brokers, the full commission as set forth above out of the proceeds of the sale, prior to the payment of any funds to the Owners or other lienholders.

13. In the event the property is taken by condemnation through an eminent domain proceeding while the property is under contract of sale, the Listing Realtor® shall be entitled to a commission at the rate set forth herein on the price paid by the condemning authority.

14. I, _RONALD RAIMON_, as an authorized representative of _KEY AGENCY_
     (Name of Licensee)                                        (Name of Brokerage Firm)
intend as at this time, to work with you, the Seller, as a:    _Is this agreement is subject to BK ct approval_
¤ Seller's (landlord's) agent only    ¤ Seller's (landlord's) agent and disclosed dual agent if the opportunity arises    ¤ Transaction broker

REMARKS: _① AMOUNT RECEIVED AS COMMISSION FEE_
_② FOR DINASO + SONS BUILDING SUPPLY CO._

Witness                                    DATE: _9/16/14_

_RRA_
Salesperson                                _As Trustee_

Accepted by Listing Broker or Authorized Signature    Owner, Partner or Corporate Legal Signature

                                             Owner, Partner or Corporate Legal Signature

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:

DINASO & SONS BUILDING SUPPLY
CO., INC.

Chapter 7

Case No.: 14-42298 (CEC)

Debtor.

------------------------------------------------------------X

## ORDER AUTHORIZING RETENTION
## OF REAL ESTATE BROKER

UPON the annexed application of Greg Messer, Chapter 7 Trustee of

the estate of DiNaso & Sons building Supply Co, Inc, by his attorneys, Robinson

Brog Leinwand Greene Genovese & Gluck P.C., dated September 17, 2014 and the

Affirmation of Ron Raimondo, and it appearing that due and sufficient notice of

this request having been given; and no adverse interest appearing therein; and

sufficient cause appearing therefor,

NOW, on motion of Robinson Brog Leinwand Greene Genovese &

Gluck P.C., attorneys for the Trustee, it is

ORDERED, that the Trustee be and he hereby is authorized, pursuant

to §§327(a) and 330 of the Bankruptcy Code (the "Code"), to employ Ron Raimondo

("Raimondo") with offices at 1356 Highway 36, Hazlet, New Jersey 07730 as his real

estate broker on a non-exclusive basis to market and assist the Trustee in selling

{00692677.DOC;2 }

the real property and improvements located at 133 Ocean Avenue, Lakewood, New Jersey in accordance with the terms of the Non-Exclusive Seller Listing Agreement annexed to the application, and the Court having found that Raimondo is a duly licensed real estate broker in the State of New York and is qualified to be so employed by the Trustee and is a disinterested person as set forth under the Bankruptcy Code and Bankruptcy Rules, and does not hold an interest adverse to the estate; and it is further

ORDERED, that the Trustee is hereby authorized to enter into the Non-exclusive Seller Listing Agreement in the form annexed to the Trustee's Application providing, *inter alia*, for Raimondo to be compensated in the form of a commission equal to four (4%) percent of the gross sale price and reimbursement of marketing expenses of up to $4,000 from the sales price, with said commission and reimbursement of expenses to be paid at the closing for the sale of 133 Ocean Avenue, Lakewood New Jersey, provided however, that the reasonable

compensation of Raimondo shall be fixed by this Court at such time as an application for compensation is made in accordance with §330 of the Bankruptcy Code, which application may be filed simultaneously with the Trustee's motion to sell the real property at 133 Ocean Avenue, Lakewood, New Jersey.

No Objection:

_____

Office of the United States Trustee

# <u>EXHIBIT B</u>

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In re:

**DINASO & SONS BUILDING SUPPLY
CO., INC.**

Debtor.
--------------------------------------------------------X

Chapter 7

Case No.: 14-42298 (CEC)

## ORDER AUTHORIZING RETENTION
OF REAL ESTATE BROKER

**UPON** the annexed application of **Greg Messer, Chapter 7 Trustee of**

**the estate of DiNaso & Sons building Supply Co, Inc,** by his attorneys, **Robinson**

**Brog Leinwand Greene Genovese & Gluck P.C.**, dated  September 17, 2014 and the

Affirmation of **Ron Raimondo**, and it appearing that due and sufficient notice of

this request having been given; and no adverse interest appearing therein; and

sufficient cause appearing therefor,

**NOW**, on motion of Robinson Brog Leinwand Greene Genovese &

Gluck P.C., attorneys for the Trustee, it is

**ORDERED**, that the Trustee be and he hereby is authorized, pursuant

to §§327(a) and 330 of the Bankruptcy Code (the "Code"), to employ Ron Raimondo

("Raimondo") with offices at 1356 Highway 36, Hazlet, New Jersey 07730 as his real

estate broker on a non-exclusive basis to market and assist the Trustee in selling

{00692677.DOC;2 }

the real property and improvements located at 133 Ocean Avenue, Lakewood, New Jersey in accordance with the terms of the Non-Exclusive Seller Listing Agreement annexed to the application, and the Court having found that Raimondo is a duly licensed real estate broker in the State of New York and is qualified to be so employed by the Trustee and is a disinterested person as set forth under the Bankruptcy Code and Bankruptcy Rules, and does not hold an interest adverse to the estate; and it is further

**ORDERED**, that the Trustee is hereby authorized to enter into the Non-exclusive Seller Listing Agreement in the form annexed to the Trustee's Application providing, *inter alia,* for Raimondo to be compensated in the form of a commission equal to four (4%) percent of the gross sale price and reimbursement of marketing expenses of up to $4,000 from the sales price, with said commission and reimbursement of expenses to be paid at the closing for the sale of 133 Ocean Avenue, Lakewood New Jersey, provided however, that the reasonable

compensation of **Raimondo** shall be fixed by this Court at such time as an

application for compensation is made in accordance with §330 of the Bankruptcy

Code, which application may be filed simultaneously with the Trustee's motion to

sell the real property at133 Ocean Avenue, Lakewood, New Jersey.


No Objection:

Office of the United States Trustee

By: */s/ Marylou Martin*    9/17/14
    Marylou Martin




**Dated: Brooklyn, New York**
**September 24, 2014**

{00692677.DOC;2 }                    3

Carla E. Craig
**Carla E. Craig**
**United States Bankruptcy Judge**

# EXHIBIT C

**133 OCEAN AVE. LAKEWOOD NJ**

**SHOWINGS/INQUIRERS:**

1. Jay Wietzman
2. Steve Saltzmen
3. Alan Robertson Fairhaver Lumber
4. Jeff Spria
5. Mayer Kieserman
6. David Mendalbaum
7. Yehuda Ungar
8. Harvey Gross
9. Jerry Fisher
10. Harvey Topitz
11. Norm Goldfisher
12. Bob Greenfled
13. Orin Klin
14. David P. Kanegis
15. Joel Weiss
16. Michael Fayhit
17. Todd Smith
18. Tim Angilm
19. Shimon Gross
20. Ronko Dev.
21. Bill Williams
22. Blima Goldburger
23. Tivia Hershewitz
24. Al Gutwein
25. Bill Madison
26. Rachel Bloch
27. Shlomo Wilener
**28 THRU 49 INFORMATION ONLY**

# EXHIBIT D

**KEY AGENCY INC.**
**1356 STATE ROUTE 36**
**HAZLET NEW JERSEY 07730**

# 133 OCEAN AVE
# LAKEWOOD  NJ

**KEY AGENCY INC.**
**1356 STATE ROUTE 36**
**HAZLET NEW JERSEY 07730**

## COMMISSION STATEMENT

**Greg Messer, As Chapter 7 Trustee of Di Naso & Sons Building Supply Company**

**133 OCEAN AVE, LAKEWOOD NJ**

| | |
|---|---|
| **Sales Price** | **$  2,000,000.00** |
| **3% FEE** | |
| **PLUS   ADVERTISING EXPENSES** | **$        3,192.00** |
| **DUE KEY AGENCY, INC.** | **$      63,192.00** |

**XL Technologies, LLC**

P.O. Box 2747
Sarasota, FL 34230
1-888-362-4547
www.xltech.net

# Invoice

| Date | Order# |
|------|--------|
| 1/6/2014 | 3339A4ED5C55464DB43F086ABA297A3C |

**Bill To**

KEY AGENCY INC.
RON RAIMONDO
1356 STATE RT 36
HAZLET, NJ 07730

# PAID

| Status | Customer Number |
|--------|-----------------|
| ACTIVE | 29524 |

| Product Description | Total |
|---------------------|-------|
| **Monthly Subscription - Automatically Billed Each Month** | $28.00 |
| Includes the first 3,500 delivered emails per calendar month, each additional delivered email is billed at 1¢. | |
| Set-Up Fee | $0.00 |

| | |
|---|---|
| **Subtotal** | $28.00 |
| **Sales Tax** | $0.00 |
| **Order Total** | $28.00 |

**Please Note:**
Your credit card statement will be billed as XL Technologies, LLC
If you have any additional questions please feel free to call us 1-888-362-4547
M-F 9am 5pm EST. or you can email us at CustomerService@ecampaignPro.com

#123 — Brydon

LAKEWOOD NJ

LAKEWOOD NJ

# The Sign Maker

### 1005 Union Ave., Union Beach, NJ 07735

## 732-739-4800

**Invoice**

**Bill To:**                                          **Date:** 1/23/14

*Key Agency*

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 2 | 18 x 24" Signs | | $40 00 |
| | Sale tax | | 2.80 |
| | | | $42.80 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |



**INVOICE**

Bill To :

Key Agency Inc - Broker
Ron RAIMONDO
1356 Route 36
HAZLET NJ 07730

| Customer Information |  |
|---|---|
| Invoice No. | REL0335502 |
| Customer Name | Key Agency Inc - Broker |
| Customer ID | PS-53021213 |

| INVOIC DATE | INVOICE NUMBER | DUE DATE | TERMS |
|---|---|---|---|
| 1/2/ 4 | REL0335502 | 2/1/2014 | NET 30 |

| PRODUCT | CONTRACT | ART DT | END DT | Reference | UNIT PR | QTY | AMOUNT |
|---|---|---|---|---|---|---|---|
| Co Shwcs | 1-320709702 | 12/1/2013 | 12/31/2013 |  | 178.50 | 1 | 178.50 |
|  |  |  |  | SUBTOTAL |  |  | **178.5** |
|  |  |  |  | TOTAL DUE | USD |  | 178.5( |

If you have any questions concerning this invoice, please call
The Accounts Receivable Department at    (866) 896-3920

LAKEWOOD NJ

Retain this portion for your records



**Business Management Account**℠
KEY AGENCY INC
RON RAIMONDO
Closing Date 06/27/14

OPEN

p. 3/8

## Payments and Credits

### Summary

| | Total |
|---|---|
| Payments | -$258.00 |
| Credits | $0.00 |
| Total Payments and Credits | -$258.00 |

### Detail    *indicates posting date

**Payments**

| | | Amount |
|---|---|---|
| 06/27/14* | PHONE PAYMENT - THANK YOU | -$258.00 |

## New Charges

### Summary

| | Total |
|---|---|
| Total New Charges | $195.08 |

### Detail

**RON RAIMONDO**
Card Ending 8-52006

| | | | Amount |
|---|---|---|---|
| 06/03/14 | RITE AID 0695 RITE AHAZLET     NJ DRUG STORE/PHARMACY | | $37.13 |
| 06/06/14 | XL TECHNOLOGIES LLC SARASOTA     FL 800-955-6821 Description COMPUTER DATA PROCE | | $28.00 |
| 06/23/14 | TOURFACTORY 86100000SPOKANE     WA 8884583943 | | $29.95 |
| 06/23/14 | TOURFACTORY 86100000SPOKANE     WA 8884583943 | | $100.00 |

## Fees

| | Amount |
|---|---|
| Total Fees for this Period | $0.00 |

## Interest Charged

| | Amount |
|---|---|
| 06/27/14 | Interest Charge on Purchases | $144.90 |
| Total Interest Charged for this Period | $144.90 |

**AMERICAN EXPRESS**

**Business Management Account**℠
KEY AGENCY INC
RON RAIMONDO
Closing Date 01/29/14

**OPEN**℠

p. 3/7

## Payments and Credits

### Summary

| | |
|---|---|
| Payment | -$248.00 |
| Credit | -$9.62 |
| **Total Payments and Credits** | **-$257.62** |

### Detail  *Indicates posting date

| Payments | | | Amount |
|---|---|---|---|
| 01/22/14* | PHONE PAYMENT - THANK YOU | | -$248.00 |
| Credits | | | |
| 01/27/14 | RITE AID 0695 RITE AHAZLET | NJ | -$9.62 |
| | DRUG STORE/PHARMACY | | |

## New Charges

### Summary

| | Total |
|---|---|
| **Total New Charges** | **$241.30** |

### Detail

**RON RAIMONDO**
Card Ending 8-52006

| | | | Amount |
|---|---|---|---|
| 01/06/14 | REALTOR ASSOCIATION/CHICAGO<br>3123298245<br>Description<br>CIVIC,SOCIAL, & FRA | IL | $25.00 |
| 01/06/14 | REALTOR ASSOCIATION/CHICAGO<br>3123298245<br>Description<br>CIVIC,SOCIAL, & FRA | IL | $25.00 |
| 01/06/14 | XL TECHNOLOGIES LLC SARASOTA<br>800-955-6821<br>Description<br>COMPUTER DATA PROCE | FL | $28.00 |
| 01/08/14 | NEW JERSEY E-ZPASS 8NEWARK<br>5P-40789570<br>Description<br>FOR BILLING QUESTIO<br>ACCT: 15232863 B | NJ | $35.00 |
| 01/23/14 | NEW JERSEY E-ZPASS 8NEWARK<br>5P-41607588<br>Description<br>FOR BILLING QUESTIO<br>ACCT: 15232863 B | NJ | $55.00 |
| 01/24/14 | RITE AID 0695 RITE AHAZLET<br>DRUG STORE/PHARMACY | NJ | $29.14 |
| 01/24/14 | NEW FUJI YAMA JAPANE732-888-7951<br>USFC07730 | | $23.55 |



## Business Management Account℠

AMERICAN EXPRESS

KEY AGENCY INC
RON RAIMONDO
Closing Date 02/26/14

**OPEN**℠

p. 3

Account Ending ●●500●

## Payment and Credits

### Summary

| | Total |
|---|---|
| Payments | -$250.00 |
| Credits | $0.00 |
| **Total Payments and Credits** | **-$250.00** |

### Detail *Indicates posting date

**Payments**

| | | Amount |
|---|---|---|
| 02/22/14* | PHONE PAYMENT - THANK YOU | -$250.00 |

## New Charges

### Summary

| | Total |
|---|---|
| **Total New Charges** | **$132.37** |

### Detail

**RON RAIMONDO**
Card Ending ●●●●●

| | | | | Amount |
|---|---|---|---|---|
| 02/06/14 | XL TECHNOLOGIES LLC SARASOTA | FL | | $28.00 |
| | 800-955-6821 | | | |
| | Description | | | |
| | COMPUTER DATA PROCE | | | |
| 02/07/14 | RITE AID 0695 RITE AHAZLET | NJ | | $36.13 |
| | DRUG STORE/PHARMACY | | | |
| 02/07/14 | BEST BUY 00 HOLMDEL | NJ | | $7.48 |
| | ELECTRONICS STORE | | | |
| 02/10/14 | RITE AID 0695 RITE AHAZLET | NJ | | $9.86 |
| | DRUG STORE/PHARMACY | | | |
| 02/22/14 | WOOLLEY'S SEAFOOD HOBRICK | NJ | | $49.01 |
| | 7326009005 | | | |
| 02/23/14 | RITE AID 0695 RITE AHAZLET | NJ | | $1.89 |
| | DRUG STORE/PHARMACY | | | |

## Fees

| | Amount |
|---|---|
| **Total Fees for this Period** | **$0.00** |

## Interest Charged

| | Amount |
|---|---|
| 02/26/14 | Interest Charge on Purchases | $136.07 |
| **Total Interest Charged for this Period** | **$136.07** |

Continued on reverse



**Business Management Account**℠
KEY AGENCY INC
RON RAIMONDO
Closing Date 04/28/14

 p. 3/7

Account Ending

## Payments and Credits

### Summary

| | Total |
|---|---|
| Payments | -$250.00 |
| Credits | $0.00 |
| Total Payments and Credits | -$250.00 |

### Detail    *Indicates posting date

| Payment | | Amount |
|---|---|---|
| 04/25/14 | PHONE PAYMENT - THANK YOU | -$250.00 |

## New Charges

### Summary

| | Total |
|---|---|
| Total New Charges | $175.29 |

### Detail

**RON RAIMONDO**
Card Ending

| Date | Description | | | Amount |
|---|---|---|---|---|
| 03/28/14 | PALM RESTAURANT    NEW YORK    NY<br>RESTAURANT<br>FOOD/BEVERAGE | $107.73 | | $107.73 |
| 03/28/14 | 331 50TH ST PARKING 212-825-0700<br>212-825-0700 | | | $20.00 |
| 03/29/14 | RITE AID 0695 RITE AHAZLET    NJ<br>DRUG STORE/PHARMACY | | | $15.08 |
| 03/31/14 | CVS 2511 02511    MATAWAN    NJ<br>DRUG STORE/PHARMACY | | | $4.48 |
| 04/06/14 | XL TECHNOLOGIES LLC SARASOTA    FL<br>800-955-6821<br>Description<br>COMPUTER DATA PROCE | | | $28.00 |

## Fees

| | Amount |
|---|---|
| 04/23/14    Late Payment Fee | $35.00 |
| Total Fees for this Period | $35.00 |

LAKEWOOD NJ

## Interest Charged

| | Amount |
|---|---|
| 04/28/14    Interest Charge on Purchases | $155.57 |
| Total Interest Charged for this Period | $155.57 |



# INVOICE

Bill To :

Key Agency Inc - Broker
Ron RAIMONDO
1356 Route 36
HAZLET NJ 07730

| Customer Information | |
|---|---|
| Invoice No. | REL0373531 |
| Customer Name | Key Agency Inc - Broker |
| Customer ID | PS-53021213 |

| INVOICE DATE | INVOICE NUMBER | DUE DATE | TERMS |
|---|---|---|---|
| 7/1/2014 | REL0373531 | 7/31/2014 | NET 30 |

| PRODUCT | CONTRACT | START DT | END DT | Reference | UNIT PR | QTY | AMOUNT |
|---|---|---|---|---|---|---|---|
| Co Shwcs | 1-320709702 | 6/1/2014 | 6/30/2014 | | 178.50 | 1 | 178.50 |

If you have any questions concerning this invoice, please call:
The Accounts Receivable Department at     (866) 896-3920

| | | |
|---|---|---|
| SUBTOTAL | | 178.50 |
| TOTAL DUE | USD | 178.50 |

LAKEWOOD

Bank of America     *spirit*

5466 3302 2292 **7342**
August 17 - September 13. 2014
Page 3 of 6

## Transactions *continued*

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Tot |
|---|---|---|---|---|---|---|
| | | **Purchases and Adjustments** | | | | |
| 08/15 | 08/18 | THE HOME DEPOT 926    HAZLET    NJ | 2677 | 7342 | 7.46 | |
| 08/18 | 08/19 | STOP & SHOP #801    KEYPORT    NJ | 3641 | 7342 | 53.80 | |
| 08/19 | 08/20 | STOP & SHOP #807    ABERDEEN    NJ | 8157 | 7342 | | |
| 08/20 | 08/21 | PET SUPPLIES PLUS    HAZLET    NJ | 9585 | 7342 | 16.03 | |
| 08/21 | 08/22 | RITE AID STORE 0695Q05 HAZLET    NJ | 6786 | 7342 | 17.80 | |
| 08/21 | 08/22 | KOHL'S #0388    HOLMDEL    NJ | 3513 | 7342 | 9.99 | |
| 08/21 | 08/23 | THE BARGE RESTAURANT L PERTH AMBOY NJ | 0318 | 7342 | 71.00 | |
| 08/23 | 08/25 | RITE AID STORE 0695Q05 HAZLET    NJ | 6470 | 7342 | 14.69 | |
| 08/23 | 08/25 | RAINBOW CLEANERS    ABERDEEN    NJ | 6524 | 7342 | 115.95 | |
| 08/23 | 08/25 | STOP & SHOP #807    ABERDEEN    NJ | 6002 | 7342 | 34.09 | |
| 08/24 | 08/25 | SKYLARK DINER    EDISON    NJ | 6745 | 7342 | 30.76 | |
| 08/24 | 08/25 | RITE AID STORE 0695Q05 HAZLET | 3334 | 7342 | | |
| 08/24 | 08/25 | LOOPNET INC    415-243-4200 CA | 0010 | 7342 | 99.95 | |
| 08/25 | | 0800320511?  CA | 7056 | 7342 | 40.98 | |
| 09/11 | 09/12 | STOP & SHOP 0807    ABERDEEN    NJ | | | | |
| | | | | | | $729.06 |
| | | **Interest Charged** | | | | |
| 09/13 | 09/13 | Interest Charged on Purchases | | | 81.90 | |
| 09/13 | 09/13 | Interest Charged on Balance Transfers | | | 0.00 | |
| 09/13 | 09/13 | Interest Charged on Dir Dep&Chk CashAdv | | | 0.00 | |
| 09/13 | 09/13 | Interest Charged on Bank Cash Advances | | | 0.00 | |
| | | TOTAL INTEREST FOR THIS PERIOD | | | | $81.90 |

### 2014 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2014 | $0.00 |
| Total interest charged in 2014 | $206.68 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Promotional Rate Until | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|---|
| Purchases | 16.24%V | | | | $6,573.82 | $81.90 |
| Balance Transfers | 16.24%V | | | | $ 0.00 | $ 0.00 |
| Direct Deposit and Check Cash Advances | 19.99%V | | | | $ 0.00 | $ 0.00 |
| Bank Cash Advances | 24.99%V | | | | $ 0.00 | $ 0.00 |

APR Type Definitions: Daily Interest Rate Type: V= Variable Rate (rate may vary)

## Rewards

FREE SPIRIT MEMBER #
1,444    PURCHASE AND BONUS MILES
1,444    TOTAL MILES EARNED
FOR MILES INFO. VISIT WWW.SPIRIT.COM





**Business Management Account**℠
KEY AGENCY INC
RON RAIMONDO
Closing Date 03/28/14

**OPEN**℠    p. 3/11

Account Ending ███████

## Payments and Credits

### Summary

|  | Total |
|---|---|
| Payments | -$237.00 |
| Credits | $0.00 |
| **Total Payments and Credits** | **-$237.00** |

### Detail    *Indicates posting date

| Payments | Amount |
|---|---|
| 03/22/14* PHONE PAYMENT - THANK YOU | -$237.00 |

## New Charges

### Summary

|  | Total |
|---|---|
| **Total New Charges** | **$278.93** |

### Detail

**RON RAIMONDO**
Card Ending ███████

|  |  |  | Amount |
|---|---|---|---|
| 02/28/14 | NEW FUJI YAMA JAPANE732-888-7951 USFC07730 | | $22.40 |
| 03/03/14 | RITE AID 0695 RITE AHAZLET      NJ DRUG STORE/PHARMACY | | $5.32 |
| 03/08/14 | XL TECHNOLOGIES LLC SARASOTA      FL Description COMPUTER DATA PROCE | | $28.00 |
| 03/08/14 | NEW FUJI YAMA JAPANE732-888-7951 USFC07730 | | $27.25 |
| 03/10/14 | NEW JERSEY E-ZPASS 8NEWARK      NJ 5P-44046734 Description FOR BILLING QUESTIO ACCT: 15232863 B | | $55.00 |
| 03/10/14 | USPS 334020036205374KEYPORT      NJ | | $5.60 |
| 03/10/14 | ALBIVI BRICK OVEN 04PERRINEVILLE      NJ 732-446-8217 Description EATING PLACES, REST | | $52.76 |
| 03/15/14 | RITE AID 0695 RITE AHAZLET      NJ DRUG STORE/PHARMACY | | $12.84 |
| 03/19/14 | NEW JERSEY E-ZPASS 8NEWARK      NJ 5P-44571100 Description FOR BILLING QUESTIO ACCT: 15232863 B | | $55.00 |

*LAKEwoon*

Continued on reverse

**Business Management Account**℠
KEY AGENCY INC
RON RAIMONDO
Closing Date 05/29/14



p. 3/7

Account Ending

## Payments and Credits

### Summary

| | Total |
|---|---|
| Payments | -$294.00 |
| Credits | $0.00 |
| **Total Payments and Credits** | **-$294.00** |

### Detail    *Indicates posting date

| Payments | | Amount |
|---|---|---|
| 05/23/14* | PHONE PAYMENT - THANK YOU | -$294.00 |

## New Charges

### Summary

| | Total |
|---|---|
| **Total New Charges** | **$101.53** |

### Detail

**RON RAIMONDO**
Card Ending

| | | Amount |
|---|---|---|
| 05/06/14 | XL TECHNOLOGIES LLC SARASOTA      FL | $28.00 |
| | 800-955-6821 | |
| | Description | |
| | COMPUTER DATA PROCE | |
| 05/24/14 | 00100 WISE #0222 00HAZLET      NJ | $73.53 |
| | 7323353804 | |

## Fees

| | Amount |
|---|---|
| **Total Fees for this Period** | **$0.00** |

## Interest Charged

| | | Amount |
|---|---|---|
| 05/29/14 | Interest Charge on Purchases | $154.75 |
| **Total Interest Charged for this Period** | | **$154.75** |

## 2014 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2014 | $35.00 |
| Total Interest in 2014 | $742.90 |

LAKEwas

**Business Management Account** <sup>SM</sup>
KEY AGENCY INC
RON RAIMONDO
Closing Date 08/29/14



p. 3

Account Ending ███████

## Payments and Credits

### Summary

| | Total |
|---|---|
| Payments | -$400.00 |
| Credits | $0.00 |
| **Total Payments and Credits** | **-$400.00** |

### Detail    *Indicates posting date

| Payments | | Amount |
|---|---|---|
| 08/17/14* | PHONE PAYMENT - THANK YOU | -$400.00 |

## New Charges

### Summary

| | Total |
|---|---|
| **Total New Charges** | **$178.46** |

### Detail

**RON RAIMONDO**
Card Ending ███████

| | | | Amount |
|---|---|---|---|
| 08/06/14 | TOURFACTORY 86100000SPOKANE       WA<br>8884583943 | | $100.00 |
| 08/06/14 | XL TECHNOLOGIES LLC SARASOTA       FL<br>800-955-6821<br>Description<br>COMPUTER DATA PROCE | | $28.00 |
| 08/17/14 | PHONE.COM, INC      LIVINGSTON      NJ<br>8009987087 | | $15.76 |
| 08/24/14 | TOURFACTORY 86100000SPOKANE       WA<br>8884583943 | | $29.95 |
| 08/28/14 | RITE AID 0695 RITE AHAZLET       NJ<br>DRUG STORE/PHARMACY | | $4.75 |

## Fees

| | Amount |
|---|---|
| **Total Fees for this Period** | **$0.00** |

## Interest Charged

| | Amount |
|---|---|
| 08/29/14 | Interest Charge on Purchases | $152.50 |
| **Total Interest Charged for this Period** | **$152.50** |



Continued on reverse



**Account Statement**

Customer Service:
staples.accountonline.com

Account Inquiries:
1-800-767-1291  Fax 1-801-779-7425

Commercial Account
KEY AGENCY INC

Account Number

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $1,224.12 |
| Payments | -$51.00 |
| Credits | -$0.00 |
| Purchases | +$258.67 |
| Debits | +$0.00 |
| **FINANCE CHARGES** | **+$23.85** |
| Late Fees | +$39.00 |
| New Balance | $1,494.64 |

Send Notice of Billing Errors and Customer Service Inquiries to:
STAPLES CREDIT PLAN
PO Box 790449, St. Louis, MO 63179-0449

## Payment Information

| | | |
|---|---|---|
| Current Due | | $78.00 |
| Past Due Amount | + | $0.00 |
| Minimum Payment Due | = | $78.00 |
| **Payment Due Date** | | **05/30/14** |

| | |
|---|---|
| Credit Line | $7,100 |
| Credit Available | $5,605 |
| Closing Date | 05/05/14 |
| Next Closing Date | 06/04/14 |
| Days in Billing Period | 31 |

## DID YOU KNOW YOU CAN FINANCE YOUR PURCHASES?
See a store associate for EASY 6, 12 or 18-month deferred financing options.

## TRANSACTIONS

| Trans Date | Location/Description | Reference # | Amount |
|---|---|---|---|
| 04/11 | OFFICE SUPPLIES HAZLET NJ | | $ |
| 04/27 | OFFICE SUPPLIES HAZLET NJ | | $ 178.75 |
| **PAYMENTS, CREDITS, FEES AND ADJUSTMENTS** | | | |
| 04/29 | LATE FEE | | $ 39.00 |
| 04/30 | PAYMENT · THANK YOU | P919400G809YNY8YB | $ 51.00 |
| 05/05 | FINANCE CHARGE | | $ 23.85 |

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION    Page 1 of 8    This Account

↓  Please detach and return lower portion with your payment to insure proper

LAKEWOOD NJ

# Account Statement

Commercial Account
KEY AGENCY INC

**STAPLES**
*that was easy:*

⬤ **Customer Service:**
staples.accountonline.com
**Account Inquiries:**
1-800-767-1291  Fax 1-801-779-7425

Account Number: ▓▓▓▓▓▓▓

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $928.17 |
| Payments | -$39.00 |
| Credits | -$0.00 |
| Purchases | +$151.17 |
| Debits | +$0.00 |
| **FINANCE CHARGES** | **+$18.05** |
| Late Fees | +$39.00 |
| New Balance | $1,097.39 |

Send Notice of Billing Errors and Customer Service Inquiries to:
STAPLES CREDIT PLAN
PO Box 790449, St. Louis, MO 63179-0449

## Payment Information

| | |
|---|---|
| Current Due | $69.00 |
| Past Due Amount  + | $0.00 |
| Minimum Payment Due  = | $69.00 |
| **Payment Due Date** | **03/30/14** |

| | |
|---|---|
| Credit Line | $7,100 |
| Credit Available | $6,002 |
| Closing Date | 03/05/14 |
| Next Closing Date | 04/04/14 |
| Days in Billing Period | 31 |

## DID YOU KNOW YOU CAN FINANCE YOUR PURCHASES?
See a store associate for EASY 6, 12 or 18-month deferred financing options.

## TRANSACTIONS

| Trans Date | Location/Description | Reference # | Amount |
|---|---|---|---|
| 02/17 | OFFICE SUPPLIES HAZLET | | $ 151.17 |
| **PAYMENTS, CREDITS, FEES AND ADJUSTMENTS** | | | |
| 02/ | LATE FEE | | $ 39.00 |
| 03/01 | PAYMENT - THANK YOU | P919400ED09Y8GWMJ | $ 39.00- |
| 03/05 | FINANCE CHARGE | | $ 18.05 |

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION          Page 1 of 10          This Account is issued by Citibank, N.A.

- - - - - - - - ↓ Please detach and return lower portion with your payment to insure proper credit. Retain upper portion for your records. ↓

LAKEWOOD N

Thank you for your purchase...



### ORDER DETAILS

| ITEM | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| A/MPW | Monthly subscription (Platinum Package) by an agent who has completed a webinar. Subscription entitles agent to build | $29.95 |
| | 7/23/14 | |
| | **TOTAL** | **$29.95** |

Sell Homes in a **SNAPSHOT.**

888-458-3943  coaching@tourfactory.com

© 2005 Help  About  All Rights Reserved.

LAKEWOOD NJ

Thank you for your Purchase...

**From:** TourFactory.com Website <website@tourfactory.com>
**To:** Ronald Raimondo <keyagency@aol.com>
**Subject:** Thank you for your Purchase...
**Date:** Mon, Jun 23, 2014 12:24 pm





# INVOICE

Bill To :

Key Agency Inc - Broker
Ron RAIMONDO
1356 Route 36
HAZLET NJ 07730

| Customer Information | |
|---|---|
| Invoice No. | REL0384882 |
| Customer Name | Key Agency Inc - Broker |
| Customer ID | PS-53021213 |

| INVOICE DATE | INVOICE NUMBER | DUE DATE | TERMS |
|---|---|---|---|
| 9/2/2014 | REL0384882 | 10/2/2014 | NET 30 |

| PRODUCT | CONTRACT | START DT | END DT | Reference | UNIT PR | QTY | AMOUNT |
|---|---|---|---|---|---|---|---|
| Co Shwcs | 1-320709702 | 8/1/2014 | 8/31/2014 | | 178.50 | 1 | 178.50 |

If you have any questions concerning this invoice, please call
The Accounts Receivable Department at    (866) 895-3920

| | | SUBTOTAL | | 178.50 |
|---|---|---|---|---|
| | | TOTAL DUE | USD | 178.50 |

LAKEWOOD

portion for your records



**INVOICE**

Bill To :

Key Agency Inc - Broker
Ron RAIMONDO
1356 Route 36
HAZLET NJ 07730

| Customer Information |
| --- |

Invoice No.        REL0367658
Customer Name    Key Agency Inc - Broker
Customer ID       PS-53021213

| INVOICE DATE | INVOICE NUMBER | DUE DATE | TERMS |
| --- | --- | --- | --- |
| 6/2/2014 | REL0367658 | 7/2/2014 | NET 30 |

| PRODUCT | CONTRACT | START DT | END DT | Reference | UNIT PR | QTY | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Co Shwcs | 1-320709702 | 5/1/2014 | 5/31/2014 | | 178.50 | 1 | 178.50 |

If you have any questions concerning this invoice, please call:
The Accounts Receivable Department at   (866) 896-3920

| | | |
| --- | --- | --- |
| SUBTOTAL | | 178.50 |
| TOTAL DUE | USD | 178.50 |

LAKEWOOD NJ



**INVOICE**

Bill To :

Key Agency Inc - Broker
Ron RAIMONDO
1356 Route 36
HAZLET NJ 07730

| Customer Information | |
| --- | --- |
| Invoice No. | REL0354773 |
| Customer Name | Key Agency Inc - Broker |
| Customer ID | PS-53021213 |

| INVOICE DATE | INVOICE NUMBER | DUE DATE | TERMS |
| --- | --- | --- | --- |
| 4/1/2014 | REL0354773 | 5/1/2014 | NET 30 |

| PRODUCT | CONTRACT | START DT | END DT | Reference | UNIT PR | QTY | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Co Shwcs | 1-320709702 | 3/1/2014 | 3/31/2014 | | 178.50 | 1 | 178.50 |

If you have any questions concerning this invoice, please call
The Accounts Receivable Department at     (866) 896-3920

| | | |
| --- | --- | --- |
| SUBTOTAL | | 178.50 |
| TOTAL DUE | USD | 178.50 |

KATZ - 732 462 - 7030

GWHWET 8M - 235 - 7733

Refer Blen - 460 1522

LAKEWOOD NJ



**INVOICE**

Bill To :

Key Agency Inc - Broker
Ron RAIMONDO
1356 Route 36
HAZLET NJ 07730

| Customer Information | |
|---|---|
| Invoice No. | REL0361409 |
| Customer Name | Key Agency Inc - Broker |
| Customer ID | PS-53021213 |

| INVOICE DATE | INVOICE NUMBER | DUE DATE | TERMS |
|---|---|---|---|
| 5/1/2014 | REL0361409 | 5/31/2014 | NET 30 |

| PRODUCT | CONTRACT | START DT | END DT | Reference | UNIT PR | QTY | AMOUNT |
|---|---|---|---|---|---|---|---|
| Co Shwcs | 1-320709702 | 4/1/2014 | 4/30/2014 | | 178.50 | 1 | 178.50 |

If you have any questions concerning this invoice, please call
The Accounts Receivable Department at   (866) 896-3920

| | SUBTOTAL | | | 178.50 |
|---|---|---|---|---|
| | TOTAL DUE | USD | | 178.50 |

LAKEWOOD NJ



**INVOICE**

Bill To :

Key Agency Inc - Broker
Ron RAIMONDO
1356 Route 36
HAZLET NJ 07730

| Customer Information | |
|---|---|
| Invoice No. | REL0342031 |
| Customer Name | Key Agency Inc - Broker |
| Customer ID | PS-53021213 |

| INVOICE DATE | INVOICE NUMBER | DUE DATE | TERMS |
|---|---|---|---|
| 2/3/2014 | REL0342031 | 3/5/2014 | NET 30 |

| PRODUCT | CONTRACT | START DT | END DT | Reference | UNIT PR | QTY | AMOUNT |
|---|---|---|---|---|---|---|---|
| Co Shwcs | 1-320709702 | 1/1/2014 | 1/31/2014 | | 178.50 | 1 | 178.50 |

If you have any questions concerning this invoice, please call:
The Accounts Receivable Department at    (866) 896-3920

| | | | |
|---|---|---|---|
| SUBTOTAL | | | 178.50 |
| TOTAL DUE | USD | | 178.50 |

LAKEWOOD NJ



**INVOICE**

Bill To :

Key Agency Inc - Broker
Ron RAIMONDO
1356 Route 36
HAZLET NJ 07730

| Customer Information | |
|---|---|
| Invoice No. | REL0348471 |
| Customer Name | Key Agency Inc - Broker |
| Customer ID | PS-53021213 |

| INVOICE DATE | INVOICE NUMBER | DUE DATE | TERMS |
|---|---|---|---|
| 3/3/2014 | REL0348471 | 4/2/2014 | NET 30 |

| PRODUCT | CONTRACT | START DT | END DT | Reference | UNIT PR | QTY | AMOUNT |
|---|---|---|---|---|---|---|---|
| Co Shwcs | 1-320709702 | 2/1/2014 | 2/28/2014 | | 178.50 | 1 | 178.50 |

If you have any questions concerning this invoice, please call:
The Accounts Receivable Department at    (866) 896-3920

| | | SUBTOTAL | | 178.50 |
|---|---|---|---|---|
| | **TOTAL DUE** | USD | | **178.50** |

LAKEWOOD NJ

Retain this portion for your records

# RECEIPT

DATE: 2/4/14

WELCOME

T034179149-001
DELTA #57736001
RT 36 & BROAD ST
KEYPORT       NJ 0773

DATE       07/25/14
TIME        2:51 PM
AUTH# 045112

MASTERCARD

PUMP   PRODUCT   PPG
05      MID1    $3.559

GALLONS      TOTAL
12.171      $43.32

THANK YOU
HAVE A NICE DAY

_____ copies @.10 _____

_____ copies @.15 _____

_____ copies @.25 _____

FAX OUT _____

FAX IN _____

OTHER _____

_____

TOTAL $ 40.0

**FAST**COPY

Printing Center
81 Broad Street
Keyport, New Jersey 07735
732-739-4646
Fax 732-739-8862

LAKEWOOD NJ

LongHorn 5312
300 West Main Street
Freehold, NJ 07728
Check # :38106

Table 34
Kevin H
4:21 PM  04/20/2014                    Gst 4
Transaction #:1931030569

ID # 3556 6   00 7762

```
*****************************************
*                                       *
*  We value your opinion. Please        *
*  tell us about your dining            *
*  experience by completing an          *
*  online survey within 7 days of       *
*  your visit. You could win a          *
*  $1,000 Grand Prize or 1 of 100       *
*  $50 prizes. Winners are drawn        *
*  monthly!!                            *
*                                       *
*  To complete       and enter          *
*  the contest                          *
*  visit LongHorn       and enter       *
*  the ID on this receipt.              *
*  NO PURCHASE NECESSARY. Void where    *
*  prohibited. See Official Rules at    *
*  www.LongHornSurvey.com.              *
*                                       *
*  Valoramos su opinion. Complete la    *
*  encuesta sobre su experiencia        *
*  astronómica en                       *
*  www.LongHornSurvey.com.              *
*****************************************
  (OFFER EXPIRES Apr 27, 2014)
```

Card Number                    Auth Code
XXXXXXXXXXXX                      57075Z
raimondo/ronald               Master Card

Check Amount          61.58

Tip Not Included

Suggested tip amounts      15% - $9.23
are provided for your      18% - $11.08
convenience.               20% - $12.31

Tip.....        LAKEWOOD

Total...

X
Cardmember agrees to pay    al in
accordance with agreement  governing
use of such card.

Guest Copy

WELCOME TO BEST BUY #400
HOLMDEL, NJ 07733
(732)671-7123

Keep your receipt!

Val #:000013-448877-496940-080426-448494-15

0400 002 2628 01/01/14      16:02 01080443

3558057   WDBHG70000N               99.99
WD TV LIVE STREAMING MEDIA PL
ITEM TAX 7.00

                    SUBTOTAL
SALES TAX                   7.00
                    =========
                    TOTAL   106.99

XXXXXXXXXXXX 2628   MASTERCARD   106.99
RONALD RAIMONDO
APPROVAL 168   Z

15-day return policy on eligible items.

Except where prohibited, a valid receipt
and ID is required for all returns. ID info
may be stored in a secure, encrypted
database used for tracking returns &
exchanges. Best Buy reserves the right to
deny any return.

For return policy details and a complete
list of exceptions, ask for a policy
brochure at any cash register
or go to BestBuy.com/Returns

Best Buy is not responsible for any
personal data left on a returned item.

To learn about our privacy practices
please visit www.BestBuy.com/privacy.

YOUR CUSTOMER SERVICE PIN IS:
0400 002 2628 010114

BEST BUY VALUES YOUR FEEDBACK!!
TAKE OUR SURVEY AND ENTER FOR A CHANCE TO
WIN A $5,000 BEST BUY SHOPPING SPREE!!

Visit http://www.bestbuycares.com
Cuestionario en Espanol tambien

& enter the following codes:

    Group A:   490809

    Group B:   0828

    Group C:   256124

NO  PURCHASE  NECESSARY.  Must be legal
resident of 50 US/DC/PR, 18 or older
(except residents of      and NE)

# Monmouth/Ocean Multiple Listing Service

One Hovchild Plaza, 2nd Floor
4000 Route 66, Suite 210
Tinton Falls, NJ 07753

**Thank you, your payment has been successfully processed!**
**Please save or print this page for your records.**

[ Print the Receipt ]

Wednesday, June 18, 2014, 4:47pm          Receipt #340058          Authorization #023156421

**Bill To**                                          **Office Information**
**Ronald Raimondo**   Member# ▓▓▓      Key Agency Inc
Airport Plaza              Office#   6▓5      Airport Plaza
1356 Highway 36                              1356 Highway 36
Hazlet, NJ 07730                              Hazlet, NJ 07730
*keyagency@aol.com*

| Code | Description | Qty | Unit Price | Extended |
|------|-------------|-----|-----------|----------|
| **Invoice #1467501  (05/21/14)** | | | | |
| 1300 | Broker/Office MLS Fee | 1 | 600.000 | 600.00 |
| | | | **Invoice Total:** | **600.00** |
| | | | Amount Applied: | 600.00 |
| | | | **Balance Due:** | **0.00** |

**Payment Information**

*Total charged to your Master Card (************7342):*          **600.00**

Payments made by credit card on this site will appear on your
credit card billing statement under the name "REALTOR Association/MLS"



**KEY AGENCY INC.**
**1356 STATE ROUTE 36**
**HAZLET NEW JERSEY 07730**

# CHECK PAYMENTS



# Bank of America

KEY AGENCY INC    |    ████████████ ██    |    **February 1, 2014 to February 28, 2014**

## Check images - continued
Account number: 0000 0203 8935

Check number: 4975    |    Amount: $295.00




Check number: 7676    |    Amount: $142.03




Check number: 5017    |    Amount: $178.50




Check number: 4992    |    Amount: $168.00




Check number: 4989    |    Amount: $178.50






**Check number: 5317  |  Amount: $242.00**

**Check number: 4989  |  Amount: $178.50**

**Check number: 4986  |  Amount: $161.00**

continued on the next page

**Check number: 4949  |  Amount: $178.50**

Bank of America

KEY AGENCY INC

January 1, 2014 to January 31, 2014

Check number: 5028 | Amount: $326.00



Check number: 5036 ↓ Amount: $123.05



continued on the next page
Page 6 of 10

Check number: 3730 | Amount: $135.35



Check number: 5024 | Amount: $424.17



Check number: 5036 | Amount: $123.05



continued on the next page
Page 7 of 10

# Bank of America

## Check images - continued
**Account number: 0000 0203 8935**

Check number: 4946   |   Amount: $298.00

 

Check number: 5024   |   Amount: $424.17

 

Check number: 4949   |   Amount: $178.50

 

Check number: 5028   |   Amount: $326.00

 



Check number: 5270  |  Amount: $249.00

Check number: 5036  |  Amount: $123.05

Check number: 4943  |  Amount: $42.80

continued on the next page

Check number: 5183  |  Amount: $249.12

continued on the next page

Check number: 5249  |  Amount: $76.00



continued on the next page

Check number: 5302  |  Amount: $330.09

Check number: 5303  |  Amount: $75.00

Check number: 4994  |  Amount: $273.00

Check number: 5028  |  Amount: $326.00

Check number: 5184  |  Amount: $500.00

Check number: 5144  |  Amount: $100.00

Check number: 5120  |  Amount: $119.00

Check number: 5017  |  Amount: $178.50

Check number: 5137  |  Amount: $300.00

continued on the next

Check number: 5219  |  Amount: $284.83





 Bank of America 

KEY AGENCY INC   |   A_____   March 1, 2014 to March 31, 2014

# Check images - continued
**Account number: 0000 0203 8935**

Check number: 4990  |  Amount:  $69.00

 

Check number: 4977  |  Amount:  $187.18

 

continued on the next page
Page 6 of 10

 

Check number: 983  |  Amount:  $424.17



For Deposit Only
PEG CITIBANK N.A.
Des Moines IA
024  8200
CARPIAD          •122401710•

Check number: 4968  |  Amount:  $178.50

