# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

In re: DINASO & SONS BUILDING SUPPLY CO    §   Case No. 1-14-42298-CEC
　　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　　　§

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

　　　GREGORY M. MESSER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $434,127.00　　　　　　　Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,734,898.23　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　　　Without Payment: N/A

Total Expenses of Administration: $281,770.65

---

　　　3) Total gross receipts of $ 2,016,668.88 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $2,016,668.88 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $14,097,719.70 | $1,701,624.91 | $1,701,624.91 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 297,684.75 | 276,621.91 | 275,043.97 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 6,726.68 | 6,726.68 | 6,726.68 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 262,211.22 | 262,211.22 | 33,273.32 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 2,510,383.41 | 2,509,823.81 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $17,174,725.76 | $4,757,008.53 | $2,016,668.88 |

4) This case was originally filed under Chapter 7 on May 07, 2014. The case was pending for 33 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/23/2017 By: /s/GREGORY M. MESSER,TRUSTEE
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| LOT AND BUILDING 133 OCEAN BLVD, LAKEWOOD NJ | 1110-000 | 2,000,000.00 |
| PENNSYLVANIA LUMBERMENS GROUP RETURN OF PREMIUM | 1290-000 | 11,068.88 |
| J&J DINASO BUILDING SUPPLY LITIGATION SETTLEMENT | 1249-000 | 5,300.00 |
| REFUND OF PHOTO COPY REQUEST FEE | 1290-000 | 300.00 |
| **TOTAL GROSS RECEIPTS** | | **$2,016,668.88** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Bank of America, N.A. | 4110-000 | N/A | 17,210.86 | 0.00 | 0.00 |
| 10 | State of New Jersey | 4110-000 | N/A | 346,565.44 | 0.00 | 0.00 |
| 14 | Santander Bank, N.A. | 4110-000 | N/A | 13,209,621.35 | 1,701,624.91 | 1,701,624.91 |
| 15 | Victory State Bank | 4110-000 | N/A | 524,322.05 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$14,097,719.70** | **$1,701,624.91** | **$1,701,624.91** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - GREGORY M. MESSER | 2100-000 | N/A | 83,741.07 | 62,686.56 | 62,686.56 |
| Trustee Expenses - GREGORY M. MESSER | 2200-000 | N/A | 758.99 | 750.66 | 750.66 |
| Other - ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK | 3210-000 | N/A | 68,276.50 | 68,276.50 | 67,187.94 |
| Other - ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK | 3220-000 | N/A | 3,333.62 | 3,333.62 | 3,333.62 |
| Other - BERKLEY RESEARCH GROUP, LLC | 3410-000 | N/A | 30,694.50 | 30,694.50 | 30,205.12 |
| U.S. Trustee Quarterly Fees - United States Trustee | 2950-000 | N/A | 651.91 | 651.91 | 651.91 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 30.35 | 30.35 | 30.35 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 62.44 | 62.44 | 62.44 |
| Other - RIVERSIDE ABSTRACT | 2500-000 | N/A | 105,531.36 | 105,531.36 | 105,531.36 |
| Other - GREGORY MESSER, TRUSTEE | 2300-000 | N/A | 140.86 | 140.86 | 140.86 |
| Other - TRUSTEE INSURANCE AGENCY | 2420-000 | N/A | 106.94 | 106.94 | 106.94 |
| Other - RON RAIMONDO | 3520-000 | N/A | 3,192.00 | 3,192.00 | 3,192.00 |
| Other - INTERNATIONAL SURETIES | 2300-000 | N/A | -23.26 | -23.26 | -23.26 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.46 | 15.46 | 15.46 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.92 | 14.92 | 14.92 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.44 | 16.44 | 16.44 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.90 | 15.90 | 15.90 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.85 | 14.85 | 14.85 |
| Other - GREGORY MESSER, TRUSTEE | 2300-000 | N/A | 77.54 | 77.54 | 77.54 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.64 | 18.64 | 18.64 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.66 | 14.66 | 14.66 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.66 | 16.66 | 16.66 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.62 | 14.62 | 14.62 |
| Other - INTERNAL REVENUE SERVICE | 2990-000 | N/A | 300.00 | 300.00 | 300.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 142.42 | 142.42 | 142.42 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 137.36 | 137.36 | 137.36 |
| Other - STATE OF NEW JERSEY DIVISION OF TAXATION | 2820-000 | N/A | 388.00 | 388.00 | 388.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$297,684.75** | **$276,621.91** | **$275,043.97** |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Consolidated Edison Company of New York, Inc. | 6990-000 | N/A | 6,726.68 | 6,726.68 | 6,726.68 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $6,726.68 | $6,726.68 | $6,726.68 |

# EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | NYS DEPT OF TAX & FINANCE | 5800-000 | N/A | 100.00 | 100.00 | 12.69 |
| 2P | Internal Revenue Service | 5800-000 | N/A | 11.22 | 11.22 | 1.42 |
| 9 | State of New Jersey | 5800-000 | N/A | 254,000.00 | 254,000.00 | 32,231.36 |
| 13 | New York State Department of Finance | 5800-000 | N/A | 8,100.00 | 8,100.00 | 1,027.85 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $262,211.22 | $262,211.22 | $33,273.32 |

# EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2U | Internal Revenue Service | 7100-000 | N/A | 1,229.12 | 1,229.12 | 0.00 |
| 3 | American Express Bank, FSB | 7100-000 | N/A | 7,655.74 | 7,655.74 | 0.00 |
| 4 | Continental Building Products LLC | 7100-000 | N/A | 485,243.09 | 485,243.09 | 0.00 |
| 5 | UFB Berlin, LLC | 7100-000 | N/A | 386,764.82 | 386,764.82 | 0.00 |
| 6 | Consolidated Edison Company of New York, Inc. | 7100-000 | N/A | 2,209.75 | 2,209.75 | 0.00 |
| 8 | State of New Jersey | 7100-000 | N/A | 46,169.00 | 46,169.00 | 0.00 |
| 11 | Jersey Central Power & Light | 7100-000 | N/A | 559.60 | 0.00 | 0.00 |
| 11 -2 | Jersey Central Power & Light | 7100-000 | N/A | 1,995.22 | 1,995.22 | 0.00 |
| 12 | Sherwood Lumber Corp. | 7100-000 | N/A | 856,921.13 | 856,921.13 | 0.00 |
| 16 | Victory State Bank | 7100-000 | N/A | 524,322.05 | 524,322.05 | 0.00 |
| 18 | Bluelinx Corporation | 7100-000 | N/A | 123,102.82 | 123,102.82 | 0.00 |
| 20 | MBA Building Supplies NE, Inc | 7100-000 | N/A | 66,849.96 | 66,849.96 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| 21 | Suburban Propane | 7100-000 | N/A | 3,977.79 | 3,977.79 | 0.00 |
| 22 | Feldman Wood Products Co Inc | 7100-000 | N/A | 3,383.32 | 3,383.32 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $2,510,383.41 | $2,509,823.81 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 1-14-42298-CEC  **Trustee:** (520670) GREGORY M. MESSER, TRUSTEE
**Case Name:** DINASO & SONS BUILDING SUPPLY CO  **Filed (f) or Converted (c):** 09/09/14 (c)
  **§341(a) Meeting Date:** 10/07/14
**Period Ending:** 05/23/17  **Claims Bar Date:** 10/13/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  LOT AND BUILDING 133 OCEAN BLVD, LAKEWOOD NJ | 2,400,000.00 | 2,400,000.00 | | 2,000,000.00 | FA |
| 2  TRADE ACCOUNTS RECEIVABLE | 432,927.00 | 0.00 | | 0.00 | FA |
| 3  OFFICE FURNISHINGS AND EQUIPMENT LAKEWOOD, NJ | 1,200.00 | 1,200.00 | | 0.00 | FA |
| 4  MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT    INCLUDED IN ASSET #3 | 0.00 | 0.00 | | 0.00 | FA |
| 5  PENNSYLVANIA LUMBERMENS GROUP RETURN OF PREMIUM (u) | 11,068.88 | 11,068.88 | | 11,068.88 | FA |
| 6  VOID | 0.00 | 0.00 | | 0.00 | FA |
| 7  J&J DINASO BUILDING SUPPLY LITIGATION SETTLEMENT (u) | 5,300.00 | 5,300.00 | | 5,300.00 | FA |
| 8  REFUND OF PHOTO COPY REQUEST FEE (u) | 300.00 | 300.00 | | 300.00 | FA |
| **8 Assets Totals** (Excluding unknown values) | **$2,850,795.88** | **$2,417,868.88** | | **$2,016,668.88** | **$0.00** |

**Major Activities Affecting Case Closing:**

9/09/14 - The case was converted to Chapter 7.

9/24/14 -  The Trustee retained Robinson Brog Leinwand Greene Genovese & Gluck P.C. as  counsel  to the Trustee, Ron Raimondo as Real Estate Broker to the Trustee and  Berkley Research Group LLC as Accountants to the Trustee.

10/20/14-  The Trustee brought on a motion to  sell property of the estate fee and clear of liens.

12/14/14 - Filed a stipulation and order between the Trustee and Santander Bank setting the amount of Santander's allowed claim. Sold all of the Trustee's right title and interest in the real property known as 133 Ocean Boulevard Lakewood, NJ.

3/16/15 -    Brought on applicaitions for the payment of  interim compensation for the Trustee, Special Counsel and the Real Estate Broker.

7/15/15 - Preparing  motion for an order for 2004 examination.

6/15/16-  Reviewing claims to determine whether it will be cost effective to pursue other causes of action.

6/30/16 -  Review claims, preparing fee applications and final report.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 1-14-42298-CEC      **Trustee:** (520670)    GREGORY M. MESSER,TRUSTEE
**Case Name:** DINASO & SONS BUILDING SUPPLY CO     **Filed (f) or Converted (c):** 09/09/14 (c)
    **§341(a) Meeting Date:** 10/07/14
**Period Ending:** 05/23/17     **Claims Bar Date:** 10/13/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** August 1, 2017     **Current Projected Date Of Final Report (TFR):** December 6, 2016 (Actual)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 1-14-42298-CEC  
**Case Name:** DINASO & SONS BUILDING SUPPLY CO  
**Taxpayer ID #:** **-***0333  
**Period Ending:** 05/23/17  

**Trustee:** GREGORY M. MESSER, TRUSTEE (520670)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5966 - Chk Acct- 1st Bidder  
**Blanket Bond:** $50,422,517.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/05/14 | {1} | Robinson Brog Leinwand Greene / Wells Fargo | Deposit of sale on real property | 1110-000 | 100,000.00 | | 100,000.00 |
| 01/13/15 | {1} | SAMUEL Z. BROWN ATTORNEY TRUSTE ACCOUNT | RETURN OF DEPOSIT ON BID FOR SALE OF 133 OCEAN AVE, LAKEWOOD, NJ 08701 | 1110-000 | -100,000.00 | | 0.00 |
| 09/16/15 | | From Account #******5968 | TRANSFER OF FUNDS | 9999-000 | 83,679.01 | | 83,679.01 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 132.72 | 83,546.29 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 135.52 | 83,410.77 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 130.81 | 83,279.96 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 148.66 | 83,131.30 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 130.08 | 83,001.22 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 129.86 | 82,871.36 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 147.49 | 82,723.87 |
| 04/14/16 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -955.14 | 83,679.01 |
| 08/26/16 | | To Account #******5967 | TRANSFER OF FUNDS | 9999-000 | | 83,679.01 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **83,679.01** | **83,679.01** | **$0.00** |
| | | | Less: Bank Transfers | | 83,679.01 | 83,679.01 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)    Printed: 05/23/2017 10:21 AM    V.13.30

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 1-14-42298-CEC | | Trustee: | GREGORY M. MESSER,TRUSTEE (520670) |
|---|---|---|---|---|
| Case Name: | DINASO & SONS BUILDING SUPPLY CO | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5967 - Checking Account |
| Taxpayer ID #: | **-***0333 | | Blanket Bond: | $50,422,517.00 (per case limit) |
| Period Ending: | 05/23/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/21/14 | {5} | PENNSYLVANIA LUMBERMENS GROUP | RETURN OF PREMIUM | 1290-000 | 11,068.88 | | 11,068.88 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.35 | 11,038.53 |
| 01/12/15 | 101 | GREGORY MESSER, TRUSTEE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #114-42298, Bond# 016027942 | 2300-000 | | 140.86 | 10,897.67 |
| 02/06/15 | 102 | TRUSTEE INSURANCE AGENCY | Balance due on liability insurance Invoice 3878 | 2420-000 | | 106.94 | 10,790.73 |
| 03/16/15 | | INTERNATIONAL SURETIES | BOND REFUND | 2300-000 | | -23.26 | 10,813.99 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.44 | 10,751.55 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.46 | 10,736.09 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.92 | 10,721.17 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.44 | 10,704.73 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.90 | 10,688.83 |
| 08/20/15 | 103 | UNITED STATES TRUSTEE | QUARTERLY FEES DUE CHAPTER 11 CASE Stopped on 09/10/15 | 2950-000 | | 651.91 | 10,036.92 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.85 | 10,022.07 |
| 09/10/15 | 103 | UNITED STATES TRUSTEE | QUARTERLY FEES DUE CHAPTER 11 CASE Stopped: check issued on 08/20/15 | 2950-000 | | -651.91 | 10,673.98 |
| 02/17/16 | 104 | GREGORY MESSER, TRUSTEE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/17/2016 FOR CASE #114-42298, Bond # 016027942 | 2300-000 | | 77.54 | 10,596.44 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.64 | 10,577.80 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.66 | 10,563.14 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.66 | 10,546.48 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.62 | 10,531.86 |
| 08/26/16 | | From Account #******5966 | TRANSFER OF FUNDS | 9999-000 | 83,679.01 | | 94,210.87 |
| 08/29/16 | {7} | ESTATE OF JOHN DINASO & SONS, INC. | 2% APPORTIONMENT OF SETTLEMENT PROCEEDS | 1249-000 | 5,300.00 | | 99,510.87 |
| 08/31/16 | 105 | INTERNAL REVENUE SERVICE | REQUEST FOR TAX RETURNS | 2990-000 | | 300.00 | 99,210.87 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 142.42 | 99,068.45 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 137.36 | 98,931.09 |
| 11/14/16 | {8} | UNITED STATES TREASURY | REFUND OF PHOTO COPY REQUEST FEE | 1290-000 | 300.00 | | 99,231.09 |
| 02/15/17 | 106 | STATE OF NEW JERSEY DIVISION OF TAXATION | 2016 CBT-100S EIN #27-1451273 | 2820-000 | | 388.00 | 98,843.09 |
| 03/20/17 | 107 | BERKLEY RESEARCH GROUP, LLC | FINAL COMPENSATION AS ACCOUNTANT TO TRUSTEE | 3410-000 | | 30,205.12 | 68,637.97 |
| 03/20/17 | 108 | ROBINSON BROG LEINWAND | FINAL FEES AND EXPENES | | | 27,986.06 | 40,651.91 |

Subtotals :    $100,347.89    $59,695.98

{} Asset reference(s)    Printed: 05/23/2017 10:21 AM    V.13.30

Case 1-14-42298-cec    Doc 108    Filed 06/02/17    Entered 06/02/17 11:45:18

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 1-14-42298-CEC  
**Case Name:** DINASO & SONS BUILDING SUPPLY CO  
**Taxpayer ID #:** **-***0333  
**Period Ending:** 05/23/17  

**Trustee:** GREGORY M. MESSER,TRUSTEE (520670)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5967 - Checking Account  
**Blanket Bond:** $50,422,517.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | GREENE GENOVESE & GLUCK | | | | | | |
| | | ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK | FINAL COMPENSATION | 27,192.44 | 3210-000 | | | 40,651.91 |
| | | ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK | FINAL EXPENSES | 793.62 | 3220-000 | | | 40,651.91 |
| 03/20/17 | 109 | United States Trustee | QUARTERLY FEES DUE | | 2950-000 | | 651.91 | 40,000.00 |
| 03/20/17 | 110 | Consolidated Edison Company of New York, Inc. | Final Distribution | | 6990-000 | | 6,726.68 | 33,273.32 |
| 03/20/17 | 111 | NYS DEPT OF TAX & FINANCE | Final Disttribution | | 5800-000 | | 12.69 | 33,260.63 |
| 03/20/17 | 112 | Internal Revenue Service | FINAL DISTRIBUTION | | 5800-000 | | 1.42 | 33,259.21 |
| 03/20/17 | 113 | State of New Jersey | FINAL DISTRIBUTION | | 5800-000 | | 32,231.36 | 1,027.85 |
| 03/20/17 | 114 | New York State Department of Finance | FINAL DISTIRIBUTION | | 5800-000 | | 1,027.85 | 0.00 |
| | | | **ACCOUNT TOTALS** | | | **100,347.89** | **100,347.89** | **$0.00** |
| | | | Less: Bank Transfers | | | 83,679.01 | 0.00 | |
| | | | **Subtotal** | | | **16,668.88** | **100,347.89** | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$16,668.88** | **$100,347.89** | |

{} Asset reference(s)    Printed: 05/23/2017 10:21 AM    V.13.30

Exhibit 9

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 1-14-42298-CEC  
**Case Name:** DINASO & SONS BUILDING SUPPLY CO  

**Taxpayer ID #:** **-***0333  
**Period Ending:** 05/23/17  

**Trustee:** GREGORY M. MESSER, TRUSTEE (520670)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5968 - Checking Acct-2nd Bidder  
**Blanket Bond:** $50,422,517.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/16/14 | {1} | ROBINSON BROG | DEPOSIT ON SALE OF 133 OCEAN AVE PROPERTY | 1110-000 | 200,000.00 | | 200,000.00 |
| 12/31/14 | {1} | RIVERSIDE ABSTRACT | BALANCE OF FUNDS ON SALE OF 133 OCEAN REAL PROPERTY | 1110-000 | 1,800,000.00 | | 2,000,000.00 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 161.82 | 1,999,838.18 |
| 01/06/15 | 101 | RIVERSIDE ABSTRACT | PAYMENT OF SELLER'S INVOICE FILE NUMBER: RANJ-15942 | 2500-000 | | 105,531.36 | 1,894,306.82 |
| 01/07/15 | 102 | SANTANDER BANK | MORTGAGE PAY OFF | 4110-000 | | 1,653,624.91 | 240,681.91 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,135.52 | 239,546.39 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 336.16 | 239,210.23 |
| 03/16/15 | 103 | ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK | INTERIM FEE AND EXPENSE AWARD | | | 42,535.50 | 196,674.73 |
| | | ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK | ATTORNEY FOR TRUSTEE FEES          39,995.50 | 3210-000 | | | 196,674.73 |
| | | ROBINSON BROG | ATTORNEY FOR TRUSTEE EXPENSES      2,540.00 | 3220-000 | | | 196,674.73 |
| 03/16/15 | 104 | GREGORY MESSER, TRUSTEE | INTERIM FEE AND EXPENSE AWARD PURSUANT TO ORDER DATED 3/16/15 | | | 63,437.22 | 133,237.51 |
| | | GREGORY M. MESSER | TRUSTEE FEES       62,686.56 | 2100-000 | | | 133,237.51 |
| | | GREGORY M. MESSER | TRUSTEE INTERIM EXPENSES        750.66 | 2200-000 | | | 133,237.51 |
| 03/18/15 | 105 | RON RAIMONDO | REAL ESTATE BROKER EXPENSES | 3520-000 | | 3,192.00 | 130,045.51 |
| 04/01/15 | 106 | SANTANDER BANK | ADJUSTMENT ON MORTGAGE PAY OFF | 4110-000 | | 48,000.00 | 82,045.51 |
| 04/08/15 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -1,633.50 | 83,679.01 |
| 09/16/15 | | To Account #******5966 | TRANSFER OF FUNDS | 9999-000 | | 83,679.01 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **2,000,000.00** | **2,000,000.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 83,679.01 | |
| | | | **Subtotal** | | **2,000,000.00** | **1,916,320.99** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2,000,000.00** | **$1,916,320.99** | |

{} Asset reference(s)

Printed: 05/23/2017 10:21 AM    V.13.30

Exhibit 9

Page: 5

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 1-14-42298-CEC  
**Case Name:** DINASO & SONS BUILDING SUPPLY CO  

**Taxpayer ID #:** **-***0333  
**Period Ending:** 05/23/17  

**Trustee:** GREGORY M. MESSER, TRUSTEE (520670)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5968 - Checking Acct-2nd Bidder  
**Blanket Bond:** $50,422,517.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :  2,016,668.88  
———————  
Net Estate :  $2,016,668.88

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******5966 | 0.00 | 0.00 | 0.00 |
| Checking # ******5967 | 16,668.88 | 100,347.89 | 0.00 |
| Checking # ******5968 | 2,000,000.00 | 1,916,320.99 | 0.00 |
|  | $2,016,668.88 | $2,016,668.88 | $0.00 |

{} Asset reference(s)  
Printed: 05/23/2017 10:21 AM    V.13.30